IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JONATHAN PRICE BLOUNT | * | |
| Petitioner | * | |
| v. | * | |
| | * | |
| DAN JOSLIN, Warden, | * | Civil No. 3:05-CV-1563-H |
| FCI-Seagoville, et al. | * | |
| Respondents | * | |

## O R D E R

Before the Court are the Findings and Recommendation of the United States Magistrate Judge, filed August 25, 2005, and Petitioner's Motion Appealing Magistrate Findings and/or Recommendation, which the Court construes as Objections, filed September 8, 2005.

The Court has made the required independent review of the pleadings, files, and records in this case; the Findings and Recommendation of the Magistrate Judge and Petitioner's Objections. Having done so, the Court is of the opinion that the Findings and Recommendation of the Magistrate Judge are correct and they are **ADOPTED** as the Findings and Conclusions of the Court, and Petitioner's Objections are **OVERRULED**.

Judgment will be entered accordingly.

SO ORDERED.

DATED: September ____9th____, 2005

BAREFOOT SANDERS, SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS